**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | |
|---|---|
| DEAN A. WALTERS,<br><br>Petitioner,<br><br>-v-<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Respondent. | No. 26-1981 |
| JOHN DOE,<br><br>Petitioner,<br><br>-v-<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Respondent. | No. 26-2493 |

**JOINT MOTION TO MODIFY THE FILING DEADLINES FOR (1) RESPONDENT'S BRIEF AND (2) PETITIONERS' REPLY BRIEFS**

Pursuant to Local Circuit Rule 31.4, the Securities and Exchange Commission respectfully seeks a 2-week extension of time to file the Commission's response brief in the above-captioned matter.[1] The Commission's

[1] The deadline for the filing of the petitioners' opening briefs is November 7, 2026. This motion does not seek an adjustment of that deadline.

brief is currently due on December 7, 2026. With the requested extension, the new deadline for the Commission's brief would be **December 21, 2026**. The extension has become necessary because the Commission's lead attorney on this matter, William K. Shirey, experienced a detached retina in one eye that necessitated emergency surgery and will restrict his ability to work through much of November. Additionally, Mr. Shirey has an argument scheduled in the Second Circuit Court of Appeals in November, further restricting his ability to comply with the existing deadline. Both petitioner Walters (*pro se*) and counsel for petitioner Doe support the requested extension.

Further, to accommodate the conflicts this may pose for the petitioners, the parties request that petitioners receive an additional 2 weeks in which to file their reply briefs. The petitioners' reply briefs would thus be due on **January 25, 2027**.

Respectfully submitted,

/s/ *William K. Shirey*
William Shirey
Counsel for Respondent

/s/ *H. Vincent McKnight*
H. Vincent McKnight
Counsel for Petitioner Doe

*/s/ Dean A. Walters, Sr.*
Dean A. Walters, Sr.
Petitioner (*pro se*)

Dated: October 23, 2026

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains approximately 197 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I also certify that this motion complies with the applicable typeface and type style requirements because it has been prepared in a proportionally spaced typeface—Times New Roman, 14 point—using Microsoft Word.

/s/ *William K. Shirey*
William K. Shirey

Dated: October 23, 2026

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Third Circuit using the Court's appellate CM/ECF system. Further, I certify that petitioner Walters, as well as petitioner Doe's counsel, will be served electronically using the CM/ECF system.

/s/ *William K. Shirey*
William K. Shirey