UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 26-1981 & 26-2493**

Walters v. SEC
Doe v. SEC

To: Clerk

1) Joint Motion by Parties to Modify the Briefing Schedule

---

The foregoing motion is granted. The briefing schedule is hereby modified as follows: Petitioner's briefs and joint appendix are due to be filed and served on or before November 6, 2026. Respondent's brief must be filed and served on or before December 21, 2026, and Petitioner's reply briefs must be filed and served on or before January 25, 2027.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 28, 2026
PDB/cc: All Counsel of Record